BEFORE CHIEF JUDGE RAO, JANUARY 30, 1968

**No. R68/13.**—Shalom Baby Wear, Inc., et al. *v.* United States, reappraisements R64/21763, etc. (New York).

In accordance with stipulation of counsel that the issues and relevant facts are the same in all material respects as those in *Shalom Baby-Wear, Inc.* v. *United States* (54 Cust. Ct. 526, Reap. Dec. 10905), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of value for the various articles of cotton wearing apparel and that such value is the appraised value, less the buying commission as stated on the invoices.

**No. R68/14.**—Frank P. Dow Co., Inc., a/c Sutton Creations, Inc. *v.* United States, reappraisement R66/27532 (San Francisco).

**No. R68/15.**—Lollytogs, Ltd. *v.* United States, reappraisements R67/17371 and R67/17372 (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (wearing apparel) and that such value was the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

BEFORE CHIEF JUDGE RAO, FEBRUARY 6, 1968

**No. R68/16.**—Shalom Baby Wear, Inc., et al. *v.* United States, reappraisements R62/1335, etc. (New York).

In accordance with stipulation of counsel that the issues and relevant facts are the same in all material respects as those in *Shalom Baby-Wear, Inc.* v. *United States* (54 Cust. Ct. 526, Reap. Dec. 10905), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the various articles of cotton and ramie in issue and that such value is the appraised value, less the buying commission, as stated on the invoices.